UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE SEALED SEARCH WARRANT
EXECUTED AT 5914 N. TAMPA ST.

Case No.: 23-cv-1066

_____/

**TIMES PUBLISHING COMPANY 'S MOTION FOR ORAL ARGUMENT ON MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OBTAINING ACCESS TO SEARCH WARRANT COURT RECORDS**

Pursuant to Local Rule 3.01(h), Times Publishing Company ("The Times"), publisher of *The Tampa Bay Times*, requests an oral argument of thirty (30 minutes on it Motion to Intervene for the Limited Purpose of Obtaining Access to Search Warrant Court Records.

**MEMORANDUM OF LAW**

Under Local Rule 3.01(h), a party must request separately oral argument when filing a motion. The Times respectfully requests thirty (30) minutes to present its argument for unsealing the search warrant records.

"A district court has inherent authority to manage its own docket so as to achieve the orderly and expeditious disposition of cases." *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009).

Oral argument on the present motion will facilitate a more expeditious resolution of this matter, which is of great public concern. Nor will oral argument prejudice any party.

## CONCLUSION

Therefore, to ensure an orderly disposition of the present motion, The Times respectfully requests a thirty (30) minute hearing on its Motion to Intervene for the Limited Purpose of Obtaining Access to Search Warrant Court Records.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel for The Times Publishing Company certifies that on the afternoon of May 12, 2023, counsel made reasonable efforts to confer with the United States Attorney's Office for the Middle District of Florida. Counsel called the U.S. Attorneys' Office and left a voicemail. However, due to the sealed nature of this matter, counsel is unaware of which Assistant U.S. Attorney is handling the matter, creating an additional hurdle for a conferral. Pursuant to Rule 3.01(g)(3), counsel will supplement this certification within three days after either contact with the United States Attorney's Office or expiration of the three days.

Dated: May12, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THOMAS & LOCICERO PL
　　　　　　　　　　　　　　　　　　/s/ *Carol Jean LoCicero*
　　　　　　　　　　　　　　　　　　Carol Jean LoCicero (FBN 603030)
　　　　　　　　　　　　　　　　　　Jon M. Philipson (FBN 92960)
　　　　　　　　　　　　　　　　　　601 South Boulevard
　　　　　　　　　　　　　　　　　　Tampa, FL 33606
　　　　　　　　　　　　　　　　　　Telephone: (813) 984-3060
　　　　　　　　　　　　　　　　　　Facsimile: (813) 984-3070
　　　　　　　　　　　　　　　　　　clocicero@tlolawfirm.com
　　　　　　　　　　　　　　　　　　jphilipson@tlolawfirm.com

　　　　　　　　　　　　　　　　　　*Attorneys for Times Publishing Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF. A copy of the foregoing is also being served by hand delivery, to:

U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602

*/s/ Carol Jean LoCicero*
Carol Jean LoCicero