# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**IN RE SEALED SEARCH WARRANT**
**EXECUTED AT 5914 N. TAMPA ST.**

Case No.: 23-cv-1066

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Jon Michael Philipson of Thomas & LoCicero PL hereby enters his notice of appearance as counsel for the Times Publishing Company.

Undersigned requests that all further notices, pleadings and correspondence relative to the above-styled action be served to the address provided below.

Dated: May 12, 2023

Respectfully submitted,

THOMAS & LOCICERO PL

/s/ *Jon M. Philipson*
Carol Jean LoCicero (FBN 603030)
Jon M. Philipson (FBN 92960)
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jphilipson@tlolawfirm.com
tgilley@tlolawfirm.com

*Attorneys for Times Publishing Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on May12, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF.  A copy of the foregoing is also being served by hand delivery to:

U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602

                                              */s/ Jon M. Philipson*
                                              Jon M. Philipson