**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TIMES PUBLISHING COMPANY**

Case No.: 8:23-mc-00014-WFJ-JSS

**v.**

**UNITED STATES OF AMERICA**
_____/

**TIMES PUBLISHING COMPANY 'S NOTICE OF COMPLIANCE**

On May 15, 2023, Times Publishing Company ("The Times"), pursuant to the Court's May 15, 2023, text order (Doc. No. 5), provided a copy of the Court's text order to the assigned Assistant United States Attorney for this matter.

The Times has been in communication with the U.S. Attorney's Office about the pending motions (Doc. Nos. 1 & 2) and will provide an updated Local Rule 3.01(g) Certification by May 16, 2023 based on those continued communications.

Dated: May16, 2022

Respectfully submitted,

THOMAS & LOCICERO PL

*/s/ Jon M. Philipson*
Carol Jean LoCicero (FBN 603030)
Jon M. Philipson (FBN 92960)
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jphilipson@tlolawfirm.com

*Attorneys for Times Publishing Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF. A copy of the foregoing is also being served by email to:

Jay Trezevant, Esq.
U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
jay.trezevant@usdoj.gov

                                                                         */s/ Jon M. Philipson*
                                                                         Jon M. Philipson