UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TIMES PUBLISHING COMPANY**

Case No.: 8:23-mc-00014-WFJ-JSS

**v.**

**UNITED STATES OF AMERICA**

_____/

**TIMES PUBLISHING COMPANY 'S SUPPLEMENTAL STATEMENT
UNDER LOCAL RULE 3.01(g)(3)**

Pursuant to Local Rule 3.01(g)(3), Times Publishing Company hereby supplements its Motion to Intervene for the Limited Purpose of Obtaining Access to Search Warrant Court Records with Supporting Memorandum of Law (Doc. No. 1).  The undersigned spoke, by telephone, with counsel for the Government on May 14, May 15, and May 16, 2023 regarding the substance of the motion. The undersigned can certify that the Government does not oppose Times Publishing Company's intervening but does object to some of the other relief set forth in the motion, which the Government will set out in its May 25, 2023, response ordered by the Court.

Dated: May16, 2022                    Respectfully submitted,

                                      THOMAS & LOCICERO PL

                                      /s/ Jon M. Philipson
                                      Carol Jean LoCicero (FBN 603030)
                                      Jon M. Philipson (FBN 92960)
                                      601 South Boulevard
                                      Tampa, FL 33606
                                      Telephone: (813) 984-3060
                                      Facsimile: (813) 984-3070
                                      clocicero@tlolawfirm.com
                                      jphilipson@tlolawfirm.com
                                      tgilley@tlolawfirm.com

                                      *Attorneys for Times Publishing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF. A copy of the foregoing is also being served by email to:

Jay Trezevant, Esq.
U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
jay.trezevant@usdoj.gov

                                      /s/ Jon M. Philipson
                                      Jon M. Philipson