UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TIMES PUBLISHING COMPANY**

Case No.: 8:23-mc-00014-WFJ-JSS

**v.**

**UNITED STATES OF AMERICA**
_____/

**TIMES PUBLISHING COMPANY 'S SUPPLEMENTAL STATEMENT
<u>UNDER LOCAL RULE 3.01(g)(3)</u>**

Pursuant to Local Rule 3.01(g)(3), Times Publishing Company hereby supplements its Motion for Oral Argument on Motion to Intervene for the Limited Purpose of Obtaining Access to Search Warrant Court Records (Doc. No. 2). The undersigned spoke, by telephone, with counsel for the Government on May 16, 2023 regarding the substance of the motion. The undersigned can certify that the Government opposes the relief sought in the motion.

Dated: May16, 2022

Respectfully submitted,

THOMAS & LOCICERO PL

*/s/ Jon M. Philipson*
Carol Jean LoCicero (FBN 603030)
Jon M. Philipson (FBN 92960)
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jphilipson@tlolawfirm.com

*Attorneys for Times Publishing Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF. A copy of the foregoing is also being served by email to:

Jay Trezevant, Esq.
U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
jay.trezevant@usdoj.gov

/s/ *Jon M. Philipson*
Jon M. Philipson