UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMES PUBLISHING COMPANY

v.   CASE NO. 8:23-MC-00014-WFJ-JSS

UNITED STATES OF AMERICA

### NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to the undersigned from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  */s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

**Times Publishing Company v. U.S.**          **Case No. 8:23-mc-00014-WFJ-JSS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Jon M. Philipson, Esq.

                             */s/ Jay G. Trezevant*
                             Jay G. Trezevant
                             Assistant United States Attorney