# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TIMES PUBLISHING COMPANY**

                    Case No.: 8:23-mc-00014-WFJ-JSS

**v.**

**UNITED STATES OF AMERICA**
_____/

## TIMES PUBLISHING COMPANY'S DESIGNATION OF LEAD COUNSEL

In accordance with Local Rule 2.02(a) and pursuant to this Court's May 19, 2023, Order (DE 10), Times Publishing Company hereby designates as lead counsel:

>   Jon M. Philipson (Florida Bar No. 92960)
>   Thomas & LoCicero PL
>   601 South Boulevard
>   Tampa, FL  33606
>   Telephone: (813) 984-3060
>   jphilipson@tlolawfirm.com

Dated: May19, 2022            Respectfully submitted,

                                   THOMAS & LOCICERO PL

                                   */s/ Jon M. Philipson*
                                   Carol Jean LoCicero (FBN 603030)
                                   Jon M. Philipson (FBN 92960)
                                   601 South Boulevard
                                   Tampa, FL 33606
                                   Telephone: (813) 984-3060
                                   Facsimile: (813) 984-3070
                                   clocicero@tlolawfirm.com
                                   jphilipson@tlolawfirm.com

                                   *Attorneys for Times Publishing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to:

Jay Trezevant, Esq.
U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street, Ste. 3200
Tampa, FL  33602
jay.trezevant@usdoj.gov

                                            */s/ Jon M. Philipson*
                                            Jon M. Philipson