# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TIMES PUBLISHING COMPANY,

    Plaintiffs,

v.                                                                  Case No. 8:23-MC-00014-WFJ-JSS

UNITED STATES OF AMERICA,

    Defendants.

_____

**TIMES PUBLISHING COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Times Publishing Company, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    There is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

    N/A

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   Times Publishing Company
   Thomas & LoCicero PL
   Jon M. Philipson, Esq.
   Carol J. LoCicero, Esq.
   United States of America
   United States Attorney for the Middle District of Florida Roger B. Handberg
   Jay G. Trezevant, Esq.
   Timothy Burke
   Amanda Lynn Hurtak

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   Times Publishing Company is not aware of any other entity likely to participate.

6. Identify each person arguably eligible for restitution:

   Times Publishing Company is not seeking any monetary compensation at this time.

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: May 19, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THOMAS & LOCICERO PL

　　　　　　　　　　　　　　　　　　　　*/s/ Jon M. Philipson*
　　　　　　　　　　　　　　　　　　　　Carol Jean LoCicero (FBN 603030)
　　　　　　　　　　　　　　　　　　　　Jon M. Philipson (FBN 92960)
　　　　　　　　　　　　　　　　　　　　601 South Boulevard
　　　　　　　　　　　　　　　　　　　　Tampa, FL 33606
　　　　　　　　　　　　　　　　　　　　Telephone: (813) 984-3060
　　　　　　　　　　　　　　　　　　　　Facsimile: (813) 984-3070
　　　　　　　　　　　　　　　　　　　　clocicero@tlolawfirm.com
　　　　　　　　　　　　　　　　　　　　jphilipson@tlolawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Times Publishing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to:

Jay Trezevant, Esq.
U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street, Ste. 3200
Tampa, FL  33602
jay.trezevant@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*/s/ Jon M. Philipson*
　　　　　　　　　　　　　　　　　　　　Jon M. Philipson