UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMES PUBLISHING COMPANY

                                             Case No.: 8:23-mc-00014-WFJ-JSS

v.

UNITED STATES OF AMERICA
_____/

### JOINT NOTICE UNDER LOCAL RULE 3.09(a)

Pursuant to Local Rule 3.09(a), the Times Publishing Company and the United States of America notify the Court that the parties have resolved part of the issues in the Motion to Intervene for the Limited Purpose of Obtaining Access to Search Warrant Court Records with Supporting Memorandum of Law (the "Motion") (Doc. No. 1).

For purposes of this Motion only, the parties have agreed to the following:

1. The Government will produce the search warrant executed on May 8, 2023 at 5914 North Tampa Street, Tampa, FL 33604, redacting only the personal phone number of the subject of the search warrant.[1]

2. The Government will produce the search warrant application and any search warrant returns for the search warrant executed on May 8, 2023

---

[1] In an abundance of caution, the United States has provided a copy of this Notice to subject's counsel who has previously confirmed that there is no objection to the subject named in the search warrant being identified in the public record, though counsel has requested that any telephone number contained within the warrant that is associated with the subject be redacted.

at 5914 North Tampa Street, Tampa, FL 33604, redacting only the names and signatures of any federal special agents and any internal FBI investigative numbers or identifiers.

3. The Government will produce the motion to seal and any resultant order relating to the search warrant executed on May 8, 2023 at 5914 North Tampa Street, Tampa, FL 33604. These items will be produced without any redactions.

The parties have not reached a resolution on the production of probable cause affidavits filed in support of obtaining the search warrant at issue. The Government will file a response addressing that issue, per the Court's Order (Doc. No. 5), and provide copies of the agreed-to released records to the Court for its review with the Government's response.

Dated: May 23, 2023                                  Respectfully submitted,

| THOMAS & LOCICERO PL | ROGER B. HANDBERG<br>United States Attorney |
|---|---|
| /s/ Jon M. Philipson<br>Carol Jean LoCicero (FBN 603030)<br>Jon M. Philipson (FBN 92960)<br>601 South Boulevard<br>Tampa, FL 33606<br>Telephone: (813) 984-3060<br>Facsimile: (813) 984-3070<br>clocicero@tlolawfirm.com<br>jphilipson@tlolawfirm.com | By: /s/ Jay G. Trezevant<br>Jay G. Trezevant<br>Assistant United States Attorney<br>Florida Bar No. 0802093<br>400 N. Tampa Street, Suite 3200<br>Tampa, Florida 33602-4798<br>Telephone: (813) 274-6000<br>Facsimile: (813) 274-6358<br>E-mail: jay.trezevant@usdoj.gov |

*Attorneys for Times Publishing Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to:

Jay Trezevant, Esq.
U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street, Ste. 3200
Tampa, FL  33602
jay.trezevant@usdoj.gov

/s/ *Jon M. Philipson*
Jon M. Philipson