# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THE TIMES PUBLISHING COMPANY,

   Plaintiff,

v.                                                        Case No. 8:23-mc-14-WFJ-JSS

UNITED STATES OF AMERICA,

   Defendant.

_____/

## ORDER

Upon due consideration, this Clerk is directed to reassign the United States Magistrate Judge on this case to the Honorable Sean P. Flynn, with his knowledge and consent.

**DONE AND ORDERED** at Tampa, Florida, on May 25, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Hon. Sean P. Flynn
Counsel of record