# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TIMES PUBLISHING COMPANY**

                          Case No.: 8:23-mc-00014-WFJ-SPF

**v.**                                        8:23-MJ-1541-SPF

**UNITED STATES OF AMERICA**
_____/

## TIMES PUBLISHING COMPANY 'S NOTICE

Times Publishing Company ("The Times") files this notice in further support of its Motion to Intervene for the Limited Purpose of Obtaining Access to Search Warrant Court Record (8:23-mc-00014-WFJ-SPF, (Doc. No. 1)) to bring to the Court's attention the continued news coverage relating to the search warrant at issue: *Tucker Carlson, Fox News hacks tied to FBI search of Tampa council member's home*, Tampa Bay Times, May 26, 2023, *available at:* https://www.tampabay.com/news/tampa/2023/05/26/tucker-carlson-fox-news-hacks-tied-fbi-search-tampa-council-members-home/.

Dated: May 26, 2023                    Respectfully submitted,

                                                THOMAS & LOCICERO PL

                                                */s/ Jon M. Philipson*
                                                Carol Jean LoCicero (FBN 603030)
                                                Jon M. Philipson (FBN 92960)
                                                601 South Boulevard
                                                Tampa, FL 33606
                                                Telephone: (813) 984-3060

               Facsimile: (813) 984-3070
               clocicero@tlolawfirm.com
               jphilipson@tlolawfirm.com
               tgilley@tlolawfirm.com

         *Attorneys for Times Publishing Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2023, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to:

Jay Trezevant, Esq.
U.S. Attorney's Office
Middle District of Florida
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
jay.trezevant@usdoj.gov


              */s/ Jon M. Philipson*
              Jon M. Philipson