UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: CONTENTS OF TIMOTHY BURKE'S NEWSROOM UNLAWFULLY SEIZED BY FBI AGENTS ON MAY 9, 2023 | Case No. |

## MOTION TO CONSOLIDATE WITH TIMES PUBLISHING COMPANY'S MOTION TO UNSEAL AFFIDAVIT PURSUANT TO LOCAL RULE 1.07(b)

Timothy Burke, Movant, has herewith filed a Motion to Unseal Sworn Search Warrant Affidavit and for Return of Property pursuant to Rule 41(g), F.R. Crim. P. That Motion includes as a remedy, a demand that the Court unseal the affidavit in support of the warrant to search for and seize the contents of Mr. Burke's newsroom. It raises and adopts legal issues and arguments previously raised in this Court in *Times Publishing Company v. United States*, Case No. 8:23-mc-00014-WFJ-SPF. Pursuant to Local Rule 1.07(b), Mr. Burke requests that the instant matter be consolidated with the previous matter in Case No. 8:23-mc-00014-WFJ-SPF to avoid "the probability of inefficiency or inconsistency" between the two cases. [1]

---

[1] The rule further provides "The party must file the motion in one action and a notice and a copy of the motion in the other action."

The assigned Assistant United States Attorney, Jay Trezevant, Esquire, does not oppose the Motion to Consolidate.

Respectfully submitted,

*/s/ Michael P. Maddux*

Michael P. Maddux, Esquire
Fla. Bar. # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Email: mmaddux@madduxattorneys.com
Phone: (813) 253-3363
Fax: (813) 253-2553

*/s/ Mark D. Rasch*

Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
*Pro hac vice* pending

### CERTIFICATE OF SERVICE

I hereby certify that on **July 21, 2023,** a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to: Jay Trezevant, Esq. U.S. Attorney's Office Middle District of Florida Tampa Division 400 North Tampa Street Suite 3200 Tampa, FL 33602 at jay.trezevant@usdoj.gov and to Carol Jean LoCicero (FBN 603030), and Jon M. Philipson(FBN 92960) 601 South Boulevard, Tampa, FL 33606

clocicero@tlolawfirm.com and jphilipson@tlolawfirm.com, Attorneys for Times Publishing Company.

*[signature: Michael P. Maddux]*
Michael P. Maddux, Esquire