UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: CONTENTS OF TIMOTHY BURKE'S NEWSROOM UNLAWFULLY SEIZED BY FBI AGENTS ON MAY 9, 2023 | Case No. |

MOTION FOR ORAL ARGUMENT ON
MOTION FOR RETURN OF PROPERTY UNDER RULE 41(g)
F.R. Crim. P. PURSUANT TO LOCAL RULE 3.01(h)

Timothy Burke has filed a Motion for Return of Property and to Unseal the Search Warrant Affidavit under Rule 41(g), F.R. Crim. P. That rule, by its terms, provides that "[t]he court must receive evidence on any factual issue necessary to decide the motion." In order to resolve factual issues, Movant requests oral argument of less than thirty minutes on the motion as provided by Local Rule 3.01(h). The Government by and through it's assigned Assistant United States Attorney, Jay Trezevant, has advised it does not oppose this motion.

Respectfully submitted,

Michael P. Maddux, Esquire
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
mmaddux@madduxattorneys.com
Phone: (813) 253-3363
Fax: (813) 253-2553

Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
Pro hac vice pending

## CERTIFICATE OF SERVICE

I hereby certify that on **July 21, 2023,** a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to: Jay Trezevant, Esq. U.S. Attorney's Office Middle District of Florida Tampa Division 400 North Tampa Street Suite 3200 Tampa, FL 33602 at jay.trezevant@usdoj.gov and to Carol Jean LoCicero (FBN 603030), and Jon M. Philipson(FBN 92960) 601 South Boulevard, Tampa, FL 33606 clocicero@tlolawfirm.com and jphilipson@tlolawfirm.com, Attorneys for Times Publishing Company.

_____
Michael P. Maddux, Esquire