**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TIMES PUBLISHING COMPANY**

    **Plaintiff,**

**v.**                                                                  Case No.: 8:23-mc-00014-WFJ-SPF

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

**TIMES PUBLISHING COMPANY'S NOTICE OF POSITION**

Times Publishing Company ("The Times") provides the following Notice of its Position on Timothy Burke's ("Burke") "Motion to Consolidate with Times Publishing Company's Motion to Unseal Affidavit Pursuant to Local Rule 1.07(b)" (Doc. No. 24), Burke's "Motion to Unseal Sworn Affidavit and Return of the Contents of Timothy Burke's Newsroom Unlawfully Seized by the FBI Rule 41(g) F. R. Crim. P." (Doc. No. 25), and Burke's "Motion for Oral Argument on Motion For Return of Property Under Rule 41(g) F. R. Crim. P. Pursuant to Local Rule 3.01(h)" (Doc. No. 26) (collectively "Burke's Motions").

The Times was unaware of Burke's Motions prior to their filing and takes no position on Burke's Motions. The Times, based on its prior briefing in this matter, still contends the affidavit should be unsealed for its previously briefed reasons.

Dated: July 21, 2023

Respectfully submitted,

THOMAS & LOCICERO PL

*/s/ Jon M. Philipson*
Carol Jean LoCicero (FBN 603030)
Jon M. Philipson (FBN 92960)
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jphilipson@tlolawfirm.com
tgilley@tlolawfirm.com

*Attorneys for Times Publishing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Jon M. Philipson*
Jon M. Philipson