# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| IN RE: CONTENTS OF TIMOTHY BURKE'S NEWSROOM UNLAWFULLY SEIZED BY FBI AGENTS ON MAY 9, 2023 | Case No. |

## WRITTEN DESIGNATION AND CONSENT
## TO ACT AS LOCAL COUNSEL

I, Michael P. Maddux, an attorney qualified to practice in this Court, consent to designation as the local attorney for Mark D. Rasch, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

_____
Michael P. Maddux, Esquire
Michael P. Maddux, P.A.
Florida Bar No.: 964212
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
E-mail: mmaddux@madduxattorneys.com
Attorney for Timothy Burke

**EXHIBIT "A"**