UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY BURKE

v.  CASE NO. 8:23-mc-00014-WFJ-SPF

UNITED STATES OF AMERICA

### *UNOPPOSED* UNITED STATES' MOTION FOR A BRIEF TWO-DAY EXTENSION OF TIME AND FOR FIVE ADDITIONAL PAGES IN RESPONDING TO BURKE'S MOTION TO UNSEAL AFFIDAVIT AND FOR RETURN OF PROPERTY

The United States of America hereby files this *unopposed* motion and moves the Court for a brief two-day extension of time and for five additional pages in responding to Burke's motion to unseal a probable cause affidavit and for return of property ("Motion to Unseal and for Return of Property"). *Tampa Publishing Company v. United States of America*, Doc. 25. In support of this motion, the United States submits as follows:

1.  Burke's Motion to Unseal and for Return of Property requests that this Court: (1) unseal the probable cause affidavit submitted in support of a search warrant executed on May 8, 2023, at 5914 N. Tampa Street, Tampa, Florida, 33604; and (2) order the United States to return to Burke all of the items seized from that address, along with any information and data copied, reproduced, or retained therefrom.

2.  The substance of Burke's motion covers twenty-three pages and includes as an attachment a single-spaced, thirty-two-page letter. Together, the

motion and letter raise complex issues of fact and law, as well as suggestions/allegations of wrongdoing by the United States' investigative team concerning various Department of Justice policies and guiding principles.

3. In that regard, the undersigned Assistant U.S. Attorney anticipates that completing a final draft that fully addresses all of the issues of fact and law and that appropriately responds to the various suggestions/allegations of wrongdoing will require approximately five additional pages, or a total of twenty-five pages.

4. It is also believed by the undersigned that it will likely be appropriate, and potentially necessary, for the undersigned to secure review and approval from one or more supervisors and/or Department components prior to submitting the United States' response to the Motion to Unseal and for Return of Property. The undersigned estimates that to complete its response and secure any reviews and approvals could take an additional two days, through Wednesday, August 9, 2023.

5. Upon inquiry, Mark Rasch, counsel for Timothy Burke, has expressed that there is no objection to the United States' requests herein.

## MEMORANDUM OF LAW

A motion for an extension of time is committed to the sound discretion of the Court. Thus, the Court, for cause shown, may at any time in its discretion order a period enlarged if a request is made by a party prior to the expiration of the period originally prescribed, or the Court may do so after the prescribed time expires if the party failed to act because of excusable neglect. FED. R. CRIM. P. 45(b). Here, the

United States is not due to respond to the Motion to Unseal and for Return of Property until Monday, August 7, 2023.

The United States believes that the additional pages and the requested extension of time are necessary to draft and file an appropriate response to the motion. This motion is made in good faith and is not made for the purpose of unnecessary delay.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court grant the United States a brief two-day extension of time, or through August 9, 2023, and allow five additional pages to the United States in responding to Burke's Motion to Unseal and for Return of Property. This motion is unopposed by opposing counsel.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

**Burke v. United States**                                  Case No. 8:23-mc-00014-WFJ-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the listed attorneys of record.

                                                           */s/ Jay G. Trezevant*
                                                         Jay G. Trezevant
                                                         Assistant United States Attorney