Attachment B







