UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY BURKE

v.                                                              CASE NO. 8:23-mc-00014-WFJ-SPF

UNITED STATES OF AMERICA
_____/

### TIMOTHY BURKE'S WAIVER OF REQUEST FOR LEAVE TO FILE REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR RETURN OF PROPERTY AND REQUEST FOR HEARING

Pursuant to Local Rule 3.01(d), in the interest of a speedy oral argument and resolution, Timothy Burke waives any request for leave of the Court to file a response to the Government's Reply (Dkt. No. 33) to Burke's Motion for Return of Property and for access to the Affidavit in Support of the Search Warrant (Dkt. No. 25).

Respectfully submitted,

_____
Michael P. Maddux, Esquire
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Email: mmaddux@madduxattorneys.com
Phone: (813) 253-3363
Fax: (813) 253-2553

_____
Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
*Pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 10, 2023**, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to: Jay Trezevant, Esq. U.S. Attorney's Office Middle District of Florida Tampa Division 400 North Tampa Street Suite 3200 Tampa, FL 33602 at jay.trezevant@usdoj.gov.

_____
Michael P. Maddux, Esquire