# EVIDENCE COLLECTED ITEM LOG
## Return/Production Status

| Item # | Description | Return/Production Status |
|---|---|---|
| 1 | One (1) gray iPhone on dresser | |
| 2 | One (1) gray Apple laptop, Model A2681, Serial number FDK2WQY91Y with charging cable on coffee table | Item returned and information deleted from government systems, 9-15-2023 |
| 3 | One (1) gray Apple laptop, Model A1278, Serial number C1MH3DJ9DV13 with power cord, on desk | Folders and files that predate August 22, 2022, 9-15-2023; |
| 4 | One (1) gray Macbook Air, Model A1466, Serial number C02MM0SNFLCG with power cord on desk | Folders and files that predate August 22, 2022, 9-15-2023; |
| 5 | One (1) gray Apple laptop Serial number W80199B7AGZ with power cord on table | Folders and files that predate February 20, 2022, 9-28-2023; |
| 6 | One (1) black rackmount PC on table - NVMe | Returned website code for burke-communications.com, mocksession, and lynnhurtak.com, 7-27-2023; returned MySQL database files for above websites, 9-13-2023; folders and files that predate February 20, 2022, 9-28-2023; |
| 6 | One (1) black rackmount PC on table - HDD | Folders and files that predate February 20, 2022, 9-28-2023; |
| 7 | One (1) black rackmount PC on table – Samsung NVMe | Folders and files that predate August 22, 2022, 9-15-2023; |
| 7 | One (1) black rackmount PC on table – SSD | Folders and files that predate August 22, 2022, 8-9-2023; |
| 7 | One (1) black rackmount PC on table – RAID | *Processed and ready to produce folders and files that predate February 20, 2022 (requires estimated 8.4 TB of storage);* |
| 8 | One (1) white computer tower on floor – RALLY RAID | Folders and files that predate February 20, 2022, 9-15-2023; |
| 8 | One (1) white computer tower on floor – NVMe 960 | Folders and files that predate February 20, 2022, 9-28-2023; |
| 8 | One (1) white computer tower on floor – NVMe 970 | Folders and files that predate February 20, 2022, 9-28-2023; |
| 8 | One (1) white computer tower on floor – HDD RAID (8 Drives) | *Processed and ready to produce folders and files that predate February 20, 2022 (requires estimated 2.8 TB of storage);* |

# EVIDENCE COLLECTED ITEM LOG
## Return/Production Status

| | | |
|---|---|---|
| 8 | One (1) white computer tower on floor – HDD 9 | *Processed and ready to produce folders and file that predate February 20, 2022 (requires estimated 1.6 TB of storage);* |
| 8 | One (1) white computer tower on floor – HDD 10 | Folders and files that predate February 20, 2022, 9-28-2023; |
| 9 | One (1) gray Apple laptop, Model A1369, Serial number C02GK596DJWT on floor | Folders and files that predate February 20, 2022, 9-28-2023; |
| 10 | One (1) gray Lacie external hard drive on server rack | *Processed and ready to produce folders and files that predate February 20, 2022 (requires estimated 1.6 TB of storage);* |
| 12 | One (1) gray Apple laptop, Model A1708, Serial number C02V94BZHV22 with charging cord on the left side of desk | Folders and files that predate February 20, 2022, 9-28-2023; |
| 14 | One (1) black PC tower on floor | Folders and files that predate August 22, 2022, 8-9-2023; |
| 15 | Three (3) notebooks from bookshelf | |
| 16 | One (1) notebook from kitchen counter | |
| 17 | One (1) Crucial solid state drive Serial number 2136E5CF4SCB from server rack | Folders and files that predate August 22, 2022 (partial), 8-9-2023; Item returned and information deleted from government systems, 9-28-2023 |
| 18 | One (1) Apple iPhone Model A1387, white; one (1) Apple iPhone Model A1660, black; one (l) Apple iPhone, Model A1660, silver-All on desk | |
| 19 | One (1) black ORICO external hard drive with power cord under desk | Item returned and information deleted from government systems, 8-9-2023 |
| 20 | One (1) black ASUS PC Serial number CCPDCG0019WM - HDD | Folders and files that predate August 22, 2022 (partial), 8-9-2023; (complete) 8-17-2023; |
| 20 | One (1) black ASUS PC Serial number CCPDCG0019WM - SSD | Folders and files that predate August 22, 2022, 8-17-2023; |
| 21 | One (1) Crucial solid state drive in black enclosure Serial 2039E4B257CF with USB cable on the desk | Folders and files that predate August 22, 2022, 8-9-2023; Item returned and information deleted from government systems, 9-28-2023 |
| 22 | One (1) Crucial solid state drive Serial number 2151E5F56D90 on bookshelf | Folders and files that predate August 22, 2022, 8-9-2023; Item returned and information deleted from government systems, 9-28-2023 |

# EVIDENCE COLLECTED ITEM LOG
## Return/Production Status

| | | |
|---|---|---|
| 23 | One (1) black mini PC S/N 2239E66E7B from desk | Folders and files that predate August 22, 2022, 8-9-2023; Item returned and information deleted from government systems, 9-28-2023 |
| 24 | One (1) black Hitachi 500GB hard drive S/N 80G3XZLC with two cords on top of 8 | Folders and files that predate August 22, 2022 (partial), 8-9-2023; |
| DE1 | One (1) PNY 64GB USB3 gray | N/A (internal work product) |