UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
'94 FEB 18 PM 4:29

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Case No. 94-46-Civ-T-24(A)

ACCOUNT SERVICES, INC.,
et al.,

    Defendants.

## O R D E R

This cause comes before the Court for consideration of Defendant's Emergency Motion to Compel Return of Seized Property or, in the Alternative, for Production of Copies (Doc. No. 34).

This matter was considered by the United States Magistrate Judge, pursuant to a specific order of referral, who has filed his Report recommending that the Motion be granted.

Upon consideration of the Report and Recommendation of the Magistrate Judge and upon the Court's independent, de novo review and examination of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED AND CONFIRMED** and made a part hereof, and it is **ORDERED AND ADJUDGED**:

(1) The Defendant's Emergency Motion to Compel Return of Seized Property Or, in the Alternative, for Production of Copies (Doc. No. 34) is **GRANTED**.

119

(2) **Within five (5) days** after the entry of this Order the Plaintiff shall make available for copying all documents, records and computer software seized from the Defendants.

(3) **Within five (5) days** after the entry of this Order the Plaintiff shall return seized hardware (such as fax machines and computers) from which all evidentiary materials have been downloaded.

(4) Defendants are prohibited from alienating any of the returned hardware without further order of this Court.

**DONE AND ORDERED** at Tampa, Florida, this 18 day of February, 1994.

*(signature)*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record

Law Clerk