FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

94 OCT -4 AM 8:17

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CASE NO. 94-46-CIV-T-24A

ACCOUNTS SERVICES, INC., et al.,

    Defendants.
_____/

## O R D E R

This cause comes before the Court upon mandate of the Eleventh Circuit (Doc. No. 269, filed September 12, 1994). As directed by the Eleventh Circuit, this Court hereby orders the government to immediately return defendants' records and materials.

Also before the Court is Defendants ASI and Can of Pinellas, Inc.'s Motion for Leave to File Costs on Appeal Out of Time (Doc. No. 270, filed September 14, 1994). It is hereby ordered that Defendants motion is **GRANTED**. The Clerk is directed to file the Bill of Costs attached to the Defendants' motion as of the date of this Order.

**DONE AND ORDERED** at Tampa, Florida, this 3 day of October, 1994.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Miguel J. Cortez
Clerk

94 OCT 20 PM 3: 17

In Replying Give Number
Of Case And Names of Parties

October 18, 1994

*RECEIVED*
*CLERK, U.S. DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA, FLORIDA*

David L. Edwards
Clerk, U.S. District Court
611 North Florida Avenue, Room 105
Tampa, FL 33601

RE: 94-2182   USA v. Account Services, Inc.
DC DKT NO.: 94-00046 CIV-T-24A

---

Enclosed is the Bill of Costs supplementing this court's mandate which has previously issued.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

MIGUEL J. CORTEZ, Clerk

Reply To: Nancy Holbrook (404) 331-3843

Encl.

MDT-1  (2/92)

October 18, 1994

RECEIVED

94 OCT 20 PM 3: 17

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

David L. Edwards
Clerk, U.S. District Court
611 North Florida Avenue, Room 105
Tampa, FL 33601

---

RE: 94-2182  USA v. Account Services, Inc.
DIST. CT. NO. - 94-00046 CIV-T-24A

Other addressees: Thomas G. Long
                  File    NOT ON FILE ***.
                  Patrick D. Doherty
                  Michael Edward Runyon
                  Rochelle A. Reback
                  Thomas C. Little
                  Daniel J. Fernandez
                  Charles A. Carlson \A
                  Ronald K. Cacciatore \E
                  William F. Jung -BLACK & JUNG \E
                  Tamra Phipps -AUSA \G

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

ACCOUNT SERVICES, INC., GEORGE FELDKAMP,
CHARLES R. DARST, GEORGE N. PAPPAS,

Appellant

vs.

UNITED STATES OF AMERICA

Appellee

Case No. 94-2182

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 26 1994
MIGUEL J. CORTEZ
CLERK

Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### Instructions

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| Document | Repro. Method (Mark One) In-House Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Aplt's Brief | In-House | 54 | 15 | 810 | $121.50 | $121.50 |
| Record Excerpts | Comm | 108 | 5 | 540 | $45.95 | 00 * |
| Aple's Brief | | | | | | |
| Reply Brief | In-House | 25 | 15 | 375 | $56.25 | $56.25 |
| Record Excerpts | In-House | 108 | 5 | 540 | $81.00 | $81.00 |
| | | | | | | |

*Note: If reproduction was done commercially, receipt(s) must be attached.

TOTAL: $304.70 REQUESTED         $258.75 ALLOWED

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: 9/14/94      Signature: [signature]

Attorney for: Account Services, Inc., George Feldkamp, Charles R. Darst and George N. Pappas
(Type or print name of client)

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ 258.75   against: PLAINTIFF_APPELLEE

and are payable directly to: DEFENDANTS_APPELLANTS

Issued on: OCT 18 1994

A True Copy - Attested:
Clerk, U.S. Court of Appeals, MIGUEL J. CORTEZ, CLERK
Eleventh Circuit
By: [signature] Deputy Clerk
By: [signature] Deputy Clerk
Atlanta, Georgia

MISC-12
4/91