# United States Court of Appeals

## FOR THE ELEVENTH CIRCUIT

No. 94-2182

D. C. Docket No. 94-46-CIV-T-24A



FILED
COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 10 1994

MIGUEL J. CORTEZ
CLERK

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ACCOUNT SERVICES INC., A Florida corporation, Registered Agent George Feldkamp; CAN OF PINELLAS INC., a Florida corporation, Registered Agent Anthony Amico; GEORGE FELDKAMP; CHARLES R. DARST; GEORGE N. PAPPAS; ANTHONY AMICO,

                              Defendants-Appellants,

B & D ENTERPRISES OF HERNANDO, etc., ET AL.,

                              Defendants.

---

Appeal from the United States District Court
for the Middle District of Florida

---

Before BLACK and BARKETT, Circuit Judges, and HILL, Senior Circuit Judge.

JUDGMENT

This cause came to be heard on the transcript of the record from the United States District Court for the Middle District of Florida, and was argued by counsel;

MFILM ROLL # 108

DOCUMENT # 1379-1380

269

UPON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the order of the said District Court appealed from in this cause be and the same is hereby VACATED; and that this cause be and the same is hereby REMANDED to said District Court for further proceedings in accordance with the opinion of this Court;

It is further ordered that plaintiff-appellee pay defendants-appellants the costs on appeal to be taxed by the Clerk of this Court.

Entered: August 10, 1994
For the Court: Miguel J. Cortez, Clerk

By: *Matt Davidson*
Deputy Clerk

ISSUED AS MANDATE: 9/8/94

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit
By: *E. B. McElhenney*
Deputy Clerk
Atlanta, Georgia