**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TIMOTHY BURKE**

v.     CASE NO.   8:23-mc-00014-WFJ-SPF
              8:23-mj-1541-SPF

**UNITED STATES OF AMERICA**
_____/

**TIMOTHY BURKE'S NOTICE OF APPEAL**
**OF DISTRICT COURT'S DENIAL OF**
**MOTION FOR RETURN OF THE CONTENTS**
<u>**OF HIS NEWSROOM PURSUANT TO RULE 41(g), F.R. Crim. P.**</u>

Notice is hereby given that Timothy Burke, the Movant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the United States District Court for the Middle District of Florida denying Movant's Rule 41(g) Motion for Return of Property, and for access to the sealed affidavit in support of the search warrant which Order was entered on October 23, 2023.  The order is a final order on this issue.

Respectfully submitted,


<u>/s/Michael P. Maddux</u>
Michael P. Maddux, Esquire
Florida Bar # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Phone: (813) 253-3363
Fax: (813) 253-2553

Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
*Pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 1, 2023**, a true and correct copy of the foregoing document is being electronically filed and will be furnished via CM/ECF to: Jay Trezevant, Esq. U.S. Attorney's Office Middle District of Florida Tampa Division 400 North Tampa Street Suite 3200 Tampa, FL 33602 at jay.trezevant@usdoj.gov.

/s/Michael P. Maddux
Michael P. Maddux, Esquire