# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Elizabeth M. Warren | Jim Leanhart |
| Clerk of Court | Jacksonville Division Manager |

**DATE:** November 2, 2023

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Times Publishing Company,

    Intervenor Plaintiff

Case No. 8:23-mc-14-WFJ-SPF

v.

United States of America,

    Intervenor Defendant.

---

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable William F. Jung, appealed from.

- Appeal filing fee was paid.

- Notice of Appeal, judgment and/or Order appealed from. Documents attached.

 

ELIZABETH M. WARREN, CLERK

By: s/ _mcs_, Deputy Clerk