APPEAL

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:23-mc-00014-WFJ-SPF

| | |
|---|---|
| Times Publishing Company v. United States of America | Date Filed: 05/12/2023 |
| Assigned to: Judge William F. Jung | Jury Demand: None |
| Referred to: Magistrate Judge Sean P. Flynn | Nature of Suit: 890 Other Statutory Actions |
| Cause: Civil Miscellaneous Case | Jurisdiction: U.S. Government Defendant |

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Times Publishing Company** | represented by | **Jon Michael Philipson**<br>Thomas & LoCicero, PL<br>601 South Blvd<br>Tampa, FL 33606-2629<br>813-984-3060<br>Fax: 813-984-3070<br>Email: jphilipson@tlolawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Carol J. Locicero**<br>Thomas & LoCicero, PL<br>601 South Blvd<br>Tampa, FL 33606-2629<br>813/984-3060<br>Fax: 813/984-3070<br>Email: clocicero@tlolawfirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor Defendant**

| | | |
|---|---|---|
| **United States of America** | represented by | **Jay G. Trezevant**<br>US Attorney's Office - FLM<br>Suite 3200<br>400 N Tampa St<br>Tampa, FL 33602-4798<br>813/274-6312<br>Fax: 813/274-6103<br>Email: jay.trezevant@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Michael P. Maddux** | represented by | **Mark D. Rasch**<br>Law Office of Mark D. Rasch |

7919 Springer Road<br>
Bethesda, MD 20817<br>
301-547-6925<br>
Email: mdrasch@gmail.com<br>
*PRO HAC VICE*<br>
*ATTORNEY TO BE NOTICED*

**Michael P. Maddux**<br>
Michael P. Maddux, PA<br>
2102 W Cleveland St<br>
Tampa, FL 33606<br>
813/253-3363<br>
Fax: 813/253-2553<br>
Email: mmaddux@madduxattorneys.com<br>
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2023 | 1 | INTERVENOR COMPLAINT *Against Intervenor Defendant United States of America* filed by Times Publishing Company.(Locicero, Carol) (Entered: 05/12/2023) |
| 05/12/2023 | 2 | REQUEST for oral argument re 1 Intervenor complaint by Times Publishing Company. (Locicero, Carol) (Entered: 05/12/2023) |
| 05/12/2023 | 3 | NOTICE of Appearance by Jon Michael Philipson on behalf of Times Publishing Company. (Philipson, Jon) (Entered: 05/12/2023) |
| 05/15/2023 |  | FEE PAID. Filing fee for new miscellaneous case, Receipt No. AFLMDC-20836793 for $49 paid. (Philipson, Jon) (Entered: 05/15/2023) |
| 05/15/2023 | 4 | Case Reassigned to Judge William F. Jung. New case number: 8:23-mc-14-WFJ-JSS. Judge Virginia M. Hernandez Covington no longer assigned to the case. (NAS) (Entered: 05/15/2023) |
| 05/15/2023 | 5 | **ENDORSED ORDER directing the United States of America to file a response to the 1 Times Publishing Company's filing ("Motion to Intervene") on or before May 25, 2023. The Times Publishing Company is directed to send a copy of this order to the United States Attorney's Office for the Middle District of Florida. Signed by Judge William F. Jung on 5/15/2023. (CCB)** (Entered: 05/15/2023) |
| 05/16/2023 | 6 | NOTICE of compliance re 5 Order, by Times Publishing Company. (Philipson, Jon) (Entered: 05/16/2023) |
| 05/16/2023 | 7 | NOTICE by Times Publishing Company re 1 Intervenor complaint *of Supplemental Statement Under Local Rule 3.01(G)(3)*. (Philipson, Jon) (Entered: 05/16/2023) |
| 05/16/2023 | 8 | NOTICE by Times Publishing Company re 2 REQUEST for oral argument re 1 Intervenor complaint *of Supplemental Statement Under Local Rule 3.01(G)(3)*. (Philipson, Jon) (Entered: 05/16/2023) |
| 05/18/2023 | 9 | NOTICE of Appearance by Jay G. Trezevant on behalf of United States of America. (Trezevant, Jay) (Entered: 05/18/2023) |
| 05/19/2023 | 10 | NOTICE of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who - unless the party changes the designation - remains lead counsel throughout the action." Counsel must file a **Notice of Lead** |

| | | |
|---|---|---|
| | | **Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (LNR) (Entered: 05/19/2023) |
| 05/19/2023 | 11 | NOTICE of Lead Counsel Designation by Jon Michael Philipson on behalf of Times Publishing Company. Lead Counsel: Jon M. Philipson. (Philipson, Jon) (Entered: 05/19/2023) |
| 05/19/2023 | 12 | CERTIFICATE of interested persons and corporate disclosure statement by Times Publishing Company. (Philipson, Jon) (Entered: 05/19/2023) |
| 05/23/2023 | 13 | NOTICE (Joint) under Local Rule 3.09(a) by Times Publishing Company re 1 Intervenor complaint. (Philipson, Jon) (Entered: 05/23/2023) |
| 05/25/2023 | 14 | **ORDER directing reassignment of the U.S. Magistrate Judge to Judge Flynn. Signed by Judge William F. Jung on 5/25/2023. (CCB)** (Entered: 05/25/2023) |
| 05/25/2023 | 15 | Case Reassigned to Magistrate Judge Sean P. Flynn. New case number: 8:23-mc-14-WFJ-SPF. Magistrate Judge Julie S. Sneed no longer assigned to the case. (JNB) (Entered: 05/25/2023) |
| 05/25/2023 | 16 | **ENDORSED ORDER: Consistent with 28 U.S.C. § 636(a)(1), Federal Rule of Criminal Procedure 41(b), and Local Rule 1.02(a), this miscellaneous case is REFERRED to United States Magistrate Judge Flynn to resolve all matters to the maximum extent of his authority. Signed by Judge William F. Jung on 5/25/2023. (CCB)** (Entered: 05/25/2023) |
| 05/25/2023 | 17 | *Response (in partial opposition) to Motion to Intervene to Unseal Search Warrant Records. /* ANSWER to 1 Intervenor complaint by United States of America.(Trezevant, Jay) (Entered: 05/25/2023) |
| 05/26/2023 | 18 | **ORDER re 1 the Times Publishing Company's Motion to Intervene and to Unseal. The motion is granted in part as stated in the attached Order. The Court defers ruling on the request to unseal the affidavit in support of the search warrant. Signed by Magistrate Judge Sean P. Flynn on 5/26/2023. (Attachments: # 1 Redacted Documents)(ACS)** (Entered: 05/26/2023) |
| 05/26/2023 | 19 | **ENDORSED ORDER denying 2 the Times Publishing Company's Motion for Oral Argument. Signed by Magistrate Judge Sean P. Flynn on 5/26/2023. (ACS)** (Entered: 05/26/2023) |
| 05/26/2023 | 20 | NOTICE by Times Publishing Company re 1 Intervenor complaint. (Philipson, Jon) (Entered: 05/26/2023) |
| 05/30/2023 | 21 | **ENDORSED ORDER directing the Times Publishing Company to file a reply to the United States' Response (Doc. 17) to the Motion to Intervene and Unseal (Doc. 1). The Times Publishing Company's reply is due by June 5, 2023, and must not exceed five pages. Signed by Magistrate Judge Sean P. Flynn on 5/30/2023. (ACS)** (Entered: 05/30/2023) |
| 05/30/2023 | 22 | REPLY to Response to Motion re 21 Order, 17 Answer to Intervenor Complaint, 1 Intervenor complaint filed by Times Publishing Company. (Philipson, Jon) Modified text on 6/1/2023 (LNR). (Entered: 05/30/2023) |
| 06/02/2023 | 23 | **ORDER re 1 Times Publishing Company's request to unseal the agent's affidavit. The request is denied for the reasons stated in the attached Order. Signed by Magistrate Judge Sean P. Flynn on 6/2/2023. (ACS)** (Entered: 06/02/2023) |
| 07/21/2023 | 24 | JOINDER in motion by Michael P. Maddux . (Maddux, Michael) (Entered: 07/21/2023) |

| | | |
|---|---|---|
| 07/21/2023 | 25 | MOTION to Unseal Document Sworn Affidavit , MOTION for Return of Property by Michael P. Maddux. (Attachments: # 1 Exhibit Warrant Inventory, # 2 Exhibit Letter)(Maddux, Michael) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 07/21/2023) |
| 07/21/2023 | 26 | Unopposed REQUEST for oral argument re 25 MOTION to Unseal Document Sworn Affidavit MOTION for Return of Property by Michael P. Maddux. (Maddux, Michael) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 07/21/2023) |
| 07/21/2023 | 27 | NOTICE by Times Publishing Company re 26 Unopposed REQUEST for oral argument re 25 MOTION to Unseal Document Sworn Affidavit MOTION for Return of Property , 24 Joinder in motion, 25 MOTION to Unseal Document Sworn Affidavit MOTION for Return of Property *OF POSITION* (Philipson, Jon) (Entered: 07/21/2023) |
| 07/25/2023 | 28 | MOTION for Mark D. Rasch to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-21078645 for $150 by Michael P. Maddux. (Attachments: # 1 Exhibit Written Designation by Local Counsel)(Maddux, Michael) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 07/25/2023) |
| 07/26/2023 | 29 | **ENDORSED ORDER granting 28 Unopposed Motion to Appear Pro Hac Vice. Attorney Mark Rasch may appear pro hac vice on behalf of Timothy Burke. Within twenty-one (21) days of the date of this Order, counsel shall comply with the fee and electronic filing registration requirements of Local Rule 2.01(c)(5).Signed by Magistrate Judge Sean P. Flynn on 7/26/2023. (ACS)** (Entered: 07/26/2023) |
| 07/26/2023 | 30 | **ENDORSED ORDER directing United States of America to respond to 25 MOTION to Unseal Document Sworn Affidavit, MOTION for Return of Property. Response due by 8/7/2023. Signed by Magistrate Judge Sean P. Flynn on 7/26/2023. (Flynn, Sean)** (Entered: 07/26/2023) |
| 07/26/2023 | | Set/reset deadlines as to 25 MOTION to Unseal Document Sworn Affidavit MOTION for Return of Property. Responses due by 8/7/2023 (JK) (Entered: 07/26/2023) |
| 07/31/2023 | 31 | Unopposed MOTION for Extension of Time to File Response/Reply as to 30 Order directing response to motion, 25 MOTION to Unseal Document Sworn Affidavit MOTION for Return of Property *(for two days and five additional pages)* by United States of America. (Trezevant, Jay) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 07/31/2023) |
| 07/31/2023 | 32 | **ENDORSED ORDER granting 31 Motion for Extension of Time to File Response. USA Response due by 8/9/2023, and shall not exceed 25 pages. Signed by Magistrate Judge Sean P. Flynn on 7/31/2023. (Flynn, Sean)** (Entered: 07/31/2023) |
| 08/09/2023 | 33 | RESPONSE to Motion re 26 Unopposed REQUEST for oral argument re 25 MOTION to Unseal Document Sworn Affidavit MOTION for Return of Property , 25 MOTION to Unseal Document Sworn Affidavit MOTION for Return of Property filed by United States of America. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(Trezevant, Jay) (Entered: 08/09/2023) |
| 08/10/2023 | 34 | WAIVER of Request for Leave to File Reply; re 33 Response to Motion by Michael P. Maddux (Maddux, Michael) (Modified on 8/11/2023, to edit text) (BGR). (Entered: 08/10/2023) |
| 09/22/2023 | 35 | **ORDER denying without prejudice 25 Movant Timothy Burke's Motion to Unseal Sworn Affidavit and for Return of Property Under Rule 41(g). Signed by Magistrate Judge Sean P. Flynn on 9/22/2023. (ACS)** (Entered: 09/22/2023) |

| | | |
|---|---|---|
| 09/22/2023 | 36 | **ENDORSED ORDER denying Movant Timothy Burke's Request for Oral Argument. Under Rule 41(g), a hearing is required only when necessary to receive evidence on an issue of fact. Here, there were no disputed material facts "necessary to the decision of the motion." United States v. Dean, 100 F.3d 19, 21 (5th Cir. 1996) (quoting United States v. Harrelson, 705 F.2d 733, 737 (5th Cir. 1983)).Signed by Magistrate Judge Sean P. Flynn on 9/22/2023. (ACS)** (Entered: 09/22/2023) |
| 09/29/2023 | 37 | STATUS REPORT and Proposed Schedule for the Return to Burke of Copies or Originals of Seized Property re 35 Order on Motion to Unseal Document, Order on Motion for Return of Property filed by United States of America. (Attachments: # 1 Exhibit Attachment A)(Trezevant, Jay) Modified on 10/2/2023 (SPM). (Entered: 09/29/2023) |
| 10/06/2023 | 38 | MOTION for Reconsideration re 35 Order on Motion to Unseal Document, Order on Motion for Return of Property *and Objections to Report and Recommendation* by Michael P. Maddux. (Maddux, Michael) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 10/06/2023) |
| 10/09/2023 | 39 | Amended MOTION for Reconsideration re 35 Order on Motion to Unseal Document, Order on Motion for Return of Property *and Objections to Report and Recommendation* by Michael P. Maddux. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Maddux, Michael) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 10/09/2023) |
| 10/20/2023 | 40 | RESPONSE to Motion re 39 Amended MOTION for Reconsideration re 35 Order on Motion to Unseal Document, Order on Motion for Return of Property *and Objections to Report and Recommendation* filed by United States of America. (Attachments: # 1 Attachment A Status Report)(Trezevant, Jay) (Entered: 10/20/2023) |
| 10/23/2023 | 41 | **ENDORSED ORDER construing this motion as an objection to Judge Flynn's 35 Order on Motion to Unseal Document, Order on Motion for Return of Property. The Court has reviewed the record and overrules the objection found at Doc. 39. Signed by Judge William F. Jung on 10/23/2023. (Jung, William)** (Entered: 10/23/2023) |
| 10/23/2023 | 42 | **ENDORSED ORDER finding as moot 38 Motion for Reconsideration / Clarification re 38 MOTION for Reconsideration re 35 Order on Motion to Unseal Document, Order on Motion for Return of Property** *and Objections to Report and Recommendation* **filed by Michael P. Maddux. Signed by Judge William F. Jung on 10/23/2023. (Jung, William)** (Entered: 10/23/2023) |
| 11/01/2023 | 43 | NOTICE OF APPEAL as to 41 Order on Motion for Reconsideration / Clarification by Michael P. Maddux. Filing fee $ 505, receipt number AFLMDC-21418337. (Maddux, Michael) (Entered: 11/01/2023) |