```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Jay G. Trezevant (caseview.ecf@usdoj.gov, gina.wetherald@usdoj.gov,
jay.trezevant@usdoj.gov, tpadocket.mailbox@usdoj.gov, usaflm.ecf@usdoj.gov), Mark D. Rasch
(mdrasch@gmail.com), Jon Michael Philipson (bbrennan@tlolawfirm.com, dlake@tlolawfirm.com,
jphilipson@tlolawfirm.com, tgilley@tlolawfirm.com), Michael P. Maddux
(adinsbier@madduxattorneys.com, ctonski@madduxattorneys.com, jsalter@madduxattorneys.com,
mmaddux@madduxattorneys.com), Carol J. Locicero (clocicero@tlolawfirm.com,
tgilley@tlolawfirm.com), Judge William F. Jung (chambers_flmd_jung@flmd.uscourts.gov),
Magistrate Judge Sean P. Flynn (chambers_flmd_flynn@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<23690695@flmd.uscourts.gov>
Subject:Activity in Case 8:23-mc-00014-WFJ-SPF Times Publishing Company v. United States of
America Order on Motion for Reconsideration / Clarification
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 10/23/2023 at 12:32 PM EDT and filed on 10/23/2023
**Case Name:**              Times Publishing Company v. United States of America
**Case Number:**         8:23-mc-00014-WFJ-SPF
**Filer:**
**Document Number:** 41(No document attached)

**Docket Text:**
**ENDORSED ORDER construing this motion as an objection to Judge Flynn's [35] Order on Motion to Unseal Document, Order on Motion for Return of Property. The Court has reviewed the record and overrules the objection found at Doc. 39. Signed by Judge William F. Jung on 10/23/2023. (Jung, William)**


**8:23-mc-00014-WFJ-SPF Notice has been electronically mailed to:**

Carol J. Locicero     clocicero@tlolawfirm.com, tgilley@tlolawfirm.com

Jay G. Trezevant     jay.trezevant@usdoj.gov, CaseView.ECF@usdoj.gov, TPADOCKET.Mailbox@usdoj.gov, gina.wetherald@usdoj.gov, usaflm.ecf@usdoj.gov

Michael P. Maddux     mmaddux@madduxattorneys.com, adinsbier@madduxattorneys.com, ctonski@madduxattorneys.com, jsalter@madduxattorneys.com

Jon Michael Philipson     jphilipson@tlolawfirm.com, bbrennan@tlolawfirm.com, dlake@tlolawfirm.com, tgilley@tlolawfirm.com

Mark D. Rasch     mdrasch@gmail.com

**8:23-mc-00014-WFJ-SPF Notice has been delivered by other means to:**