UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY BURKE

v.                                                    CASE NO. 8:23-mc-00014-WFJ-SPF

UNITED STATES OF AMERICA

### *UNOPPOSED* UNITED STATES' MOTION FOR PERMISSION TO FILE UPDATED RETURN/PRODUCTION STATUS REPORTS

The United States of America, pursuant to this Court's September 22, 2023 Order and the United States subsequent response thereto, Docs. 35 and 37, hereby files this *unopposed* motion and moves the Court for permission to file updated Return/Production Status Reports concerning the United States' progress in returning/producing folders and files to Timothy Burke that were seized during the execution of a warrant at the Burke address on May 8, 2023. In support of this motion, the United States submits as follows:

1.      Pursuant to litigation in this proceeding between Burke and the United States, this Court directed the United States to file a proposed reasonable schedule for the return to Burke of copies or originals of seized materials except those "Particular Things to be Seized" as set forth in Attachment B to the pertinent search warrant issued by the Court on May 4, 2023. Docs. 35 at 16-17.

2.      As directed, the United States filed its initial status report and proposed schedule for the return to Burke of copies or originals of seized property on September 29, 2023. Doc. 37. Therein, the United States

summarized its return and production efforts to date and explained that, with this Court's permission, the United States would submit follow-on status reports to the Court on October 20th, November 10th, and November 24th, 2023, updating this Court about the United States' progress in this regard and any related issues. *Id.* at 9-10. The United States attached to that filing a status report that provided additional detail concerning the United States' rolling productions of folders/files to Burke in this proceeding. Doc. 37-1.

3.     On October 20, 2023, the United States submitted a second updated status report, as an incorporated attachment to the *United States of America's Response in Opposition to Burke's Motion for Reconsideration and Objections to Report and Recommendation of Magistrate Judge*. Docs. 40 and 40-1.

4.     The United States is preparing its third status report for filing in this proceeding on or before Friday, November 10, 2023, consistent with the United States' representations in earlier filings. *See* Docs. 37, 37-1, 40, and 40-1. Said proposed status report will provide additional detail to this Court concerning the United States' ongoing rolling productions in this proceeding of folders/files to Burke through Thursday, November 9, 2023.

5.     Upon inquiry, Michael Maddux, counsel for Timothy Burke, has expressed that there is no objection to the United States' requests herein.

## <u>CONCLUSION</u>

For the foregoing reasons, the United States respectfully requests permission to file the proposed updated Return/Production Status Reports on or before November 10th and 24th, 2023. This motion is unopposed by opposing counsel.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Jay G. Trezevant
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

**Times Publishing Company v. U.S.**          **Case No. 8:23-mc-00014-WFJ-SPF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Maddux, Esq.

Mark Rasch, Esq.

Jon M. Philipson, Esq.


*/s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney