UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY BURKE

v.                                                      CASE NO. 8:23-mc-00014-WFJ-SPF

UNITED STATES OF AMERICA

## NOTICE OF FILING THIRD STATUS REPORT

The United States of America, pursuant to this Court's November 8, 2023 Order, Doc. 46, hereby files the United States' *Return/Production Status Report as of November 9, 2023*. Said status report provides detail concerning the United States' productions of folders/files to Burke in this proceeding.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

**Timothy Burke v. U.S.**　　　　　　　　　　**Case No. 8:23-mc-00014-WFJ-JSS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Michael Maddux, Esq.

 Mark D. Rasch, Esq.

 Jon M. Philipson, Esq.

            */s/ Jay G. Trezevant*
            Jay G. Trezevant
            Assistant United States Attorney