UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY BURKE

v.                                                                    CASE NO. 8:23-mc-00014-WFJ-SPF

UNITED STATES OF AMERICA

## NOTICE OF FILING FOURTH STATUS REPORT

The United States of America, pursuant to this Court's November 8, 2023 Order, Doc. 46, hereby files the United States' *Return/Production Status Report as of November 24, 2023*. Said status report provides detail concerning the United States' returns of items and productions of folders/files to Burke in this proceeding.

As reflected in the status report, the United States has returned to Burke approximately twelve original items—Items #2, #5, #9, #12, #15, #16, #17, #18 (two of three phones returned, namely the white Iphone (A1387) and the silver Iphone (A1660)), #19, #21, #22, and #23—and has eliminated any images of those items from government systems. The United States has also produced to Burke copies of the folders/files contained on the other listed items—Items #1 (gray Iphone, media files), #3, #4, #6, #7, #8, #10, #14, #18 (black Iphone (A1660), media files), #20, and #24—except those "Particular Things to be Seized," as set

forth in the pertinent Attachment B to the Search Warrant issued on May 4, 2023, or in subsequent legal process.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:   */s/Jay G. Trezevant*
       Jay G. Trezevant
       Assistant United States Attorney
       Florida Bar No. 0802093
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: jay.trezevant@usdoj.gov

**Timothy Burke v. U.S.**                    Case No. 8:23-mc-00014-WFJ-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Michael Maddux, Esq.

    Mark D. Rasch, Esq.

    Jon M. Philipson, Esq.

                                               */s/ Jay G. Trezevant*
                                               Jay G. Trezevant
                                               Assistant United States Attorney