## APPENDIX A TO RESPONSE TO STATUS REPORT

| | | | | |
|---|---|---|---|---|
| 1 | One (1) gray iPhone on dresser | RETURNED media files (videos and photos), 11-9-2023 | Appears to have been returned in full, but can't really tell. Folder has 110,495 files in it and is dated November 2, 2023; folder does not actually open properly | The November 2, 2023 date is, of course, after the date of the seizure, indicating that the data is not forensically created and is not the original. |
| 2 | One (1) gray Apple laptop, Model A2681, Serial number FDK2WQY91Y with charging cable on coffee table | ITEM RETURNED and information deleted from government systems, 10-6-2023 | Received in full. | |
| 3 | One (1) gray Apple laptop, Model A1278, Serial number C1MH3DJ9DV13 with power cord, on desk | Folders and files that predate August 22, 2022, 9-15-2023; RETURNED folders and files that postdate February 20, 2022, 10-25-2023 | Returned in unusable format due to omission of key operating system files; files modified to date of October 23, 2023 | |
| 4 | One (1) gray Macbook Air, Model A1466, Serial number C02MM0SNFLCG with power cord on desk | Folders and files that predate August 22, 2022, 9-15-2023; RETURNED folders and files that postdate February 20, 2022, 10-25-2023 | Returned in unusable format due to omission or modification of key operating system files; files modified to date of October 23, 2023 | |

1

| | | | | |
|---|---|---|---|---|
| 5 | One (1) gray Apple laptop Serial number W80199B7AGZ with power cord on table | ITEM RETURNED and information deleted from government systems, 10-6-2023 | Received in full. | Initially returned on disk with all dates modified to September 25, 2023. |
| 6 | One (1) black rackmount PC on table - NVMe | Returned website code for burke-communications.com, mocksession, and lynnhurtak.com, 7-27-2023; returned MySQL database files for above websites, 9-13-2023; folders and files that predate February 20, 2022, 9-28-2023; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | SQL files not dumped properly; files and folders modified November 2 and 3, 2023. | |
| 6 | One (1) black rackmount PC on table - HDD | Folders and files that predate February 20, 2022, 9-28-2023; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Files returned in haphazard fashion, with all file/folder dates modified; subsequent return files / folders modified November 2, 2023. | |
| 7 | One (1) black rackmount PC on table – Samsung NVMe | Folders and files that predate August 22, 2022, 9-15-2023; RETURNED folders and files that | Volume difficult to parse due to being a MacOS volume saved in a Windows format. All file/folder date modifications set to October | |

| | | | | |
|---|---|---|---|---|
| | | postdate February 20, 2022, 10-25-2023 | 23, 2023. | |
| 7 | One (1) black rackmount PC on table – SSD | Folders and files that predate August 22, 2022, 8-9-2023; RETURNED folders and files that postdate February 20, 2022, 10-25-2023 | Appears to have been returned in full, but can't really tell. All files/folders modified October 23, 2023. | |
| 7 | One (1) black rackmount PC on table – RAID | Folders and files that predate February 20, 2022, 10-12-23; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Initial return unusable due to file modification dates of October 6, 2023. Subsequent return file dates modified to November 3, 2023. | |
| 8 | One (1) white computer tower on floor – RALLY RAID | Folders and files that predate February 20, 2022, 9-15-2023; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Difficult to ascertain what has been returned and how completely due to modification of file dates to November 2, 2023. Subsequent return missing portions and file/folder dates changed to November 3, 2023. | |
| 8 | One (1) white computer tower on floor – NVMe 960 | Folders and files that predate February 20, 2022, 9-28-2023; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Drive difficult to parse due to being MacOS volume on Windows formatted drive; files/folders changed to modified date of October 30, 2023. | |

| | | | | |
|---|---|---|---|---|
| 8 | One (1) white computer tower on floor – NVMe 970 | Folders and files that predate February 20, 2022, 9-28-2023; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Drive difficult to parse due to being MacOS volume on Windows formatted drive; files/folders changed to modified date of November 6, 2023 | |
| 8 | One (1) white computer tower on floor – HDD RAID (8 Drives) | Folders and files that predate February 20, 2022, 10-25-2023; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Initial return unusable due to file modification dates of October 20 and 21, 2023. Subsequent return files/folders modification date changed to range of October 30 through November 2, 2023. | |
| 8 | One (1) white computer tower on floor – HDD 9 | Folders and files that predate February 20, 2022, 10-12-23; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Initial return unusable due to file modification date of October 11, 2023. Subsequent return files/folders modification date changed to range of October 30 through November 2, 2023. | |
| 8 | One (1) white computer tower on floor – HDD 10 | Folders and files that predate February 20, 2022, 9-28-2023; | | |
| 9 | One (1) gray Apple laptop, Model A1369, Serial number C02GK596DJWT on floor | ITEM RETURNED and information deleted from government systems, 10-6-2023 | Returned in full. | Initially returned on disk with all dates modified to September 25, 2023. |

4

| # | Item | | | |
|---|---|---|---|---|
| 10 | One (1) gray Lacie external hard drive on server rack | Folders and files that predate February 20, 2022, 10-12-23; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Boot drive backup unusable due to modification of files on October 6, 2023. Subsequent return difficult to identify what is present and what is missing due to file modification dates changed to October 31, 2023. | |
| 12 | One (1) gray Apple laptop, Model A1708,Serial number C02V94BZHV22 with charging cord on the left side of desk | ITEM RETURNED and information deleted from government systems, 10-6-2023 | Returned in full. | Initially returned in modified format, with all Lynn's campaign communications missing and file dates modified to September 25, 2023. |
| 14 | One (1) black PC tower on floor | Folders and files that predate August 22, 2022, 8-9-2023; RETURNED folders and files that postdate February 20, 2022, 10-25-2023 | Router boot drive; appears to be missing most system files. Files/folders modified October 23, 2023. | |
| 15 | Three (3) notebooks from bookshelf | ITEM RETURNED and information deleted from government systems, 10-12-2023 | Returned in full. | |
| 16 | One (1) notebook from kitchen counter | ITEM RETURNED and information deleted from government systems, 10- | Returned in full. | I believe this is the item that contained the most memorializations of |

5

|    |    |    |    |    |
|----|----|----|----|----|
|    |    | 12-2023 |    | conversations with confidential sources. |
| 17 | One (1) Crucial solid state drive Serial number 2136E5CF4SCB from server rack | Folders and files that predate August 22, 2022 (partial), 8-9-2023; ITEM RETURNED and information deleted from government systems, 9-28-2023 | Returned, but modified. | Boot drive for DirecTV video server. Heavily modified, as illustrated in previous emails, with apparent installs of snapcraft software, ranging from May through July 2023. |
| 18 | One (1) Apple iPhone Model Al387, white-on desk; | ITEM RETURNED and information deleted from government systems, 10-6-2023 | Returned |    |
| 18 | One (1) Apple iPhone Model A1660, black-on desk | Videos and photos that predate February 20, 2022, 10-25- 2023; RETURNED media files (videos and photos), 11-9- 2023 | Content appears to be returned but the folder is very large and modification dates changed to range from October 30 through November 2, 2023. |    |
| 18 | one (l) Apple iPhone, Model A1660, silver-on desk | ITEM RETURNED and information deleted from government systems, 10-18-2023 | Returned |    |
| 19 | One (1) black ORICO external hard drive with power cord under desk | ITEM RETURNED and information deleted from government systems, 8-9-2023 | Returned in full |    |

| | | | | |
|---|---|---|---|---|
| 20 | One (1) black ASUS PC Serial number CCPDCG0019WM - HDD | Folders and files that predate August 22, 2022 (partial), 8-9-2023; (complete) 8-17-2023; RETURNED folders and files that postdate February 20, 2022, 10-25-2023 | Returned multiple times; files and folders modified most recently October 23, 2023. | |
| 21 | One (1) Crucial solid state drive in black enclosure Serial 2039E4B257CF with USB cable on the desk | Folders and files that predate August 22, 2022, 8-9-2023; ITEM RETURNED and information deleted from government systems, 9-28-2023 | Returned in full | |
| 22 | One (1) Crucial solid state drive Serial number 2151E5F56D90 on bookshelf | Folders and files that predate August 22, 2022, 8-9-2023; ITEM RETURNED and information deleted from government systems, 9-28-2023 | Returned, but modified. | Boot drive for DirecTV video server. Heavily modified, as illustrated in previous emails, with apparent installs of snapcraft software, ranging from May through July 2023. |
| 23 | One (1) black mini PC S/N 2239E66E7B from desk | Folders and files that predate August 22, 2022, 8-9-2023; ITEM RETURNED and information deleted from government systems, 9-28-2023 | Returned in full | |

| | | | |
|---|---|---|---|
| 24 | One (1) black Hitachi 500GB hard drive S/N 80G3XZLC with two cords on top of 8 | Folders and files that predate August 22, 2022 (partial), 8-9-2023; RETURNED folders and files that postdate February 20, 2022, 11-9-2023 | Return unusable due to it being a backup boot drive in Time Machine format on Windows formatted drive and file/folder dates modified to November 6, 2023 | |