**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TIMES PUBLISHING COMPANY**

    **Plaintiff,**

v.   Case No.: 8:23-mc-00014-WFJ-SPF

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

**JON M. PHILIPSON'S MOTION TO WITHDRAW AS COUNSEL FOR TIMES PUBLISHING COMPANY**

Pursuant to Local Rule 2.02(c), Attorney Jon M. Philipson files this Motion to withdraw as counsel for Times Publishing Company ("The Tampa Bay Times"), and in support thereof states as follows:

1. Attorney Philipson is leaving the law firm of Thomas & LoCicero PL on December 25, 2023, and will no longer be able to represent the Tampa Bay Times.

2. The Tampa Bay Times will continue to be represented by members of the law firms of Thomas & LoCicero PL, who shall remain counsel of record.

3. The Tampa Bay Times consents to the withdrawal of Attorney Philipson from this case.

4.  No party will be prejudiced by this withdrawal and opposing counsel has been advised of this withdrawal and does not object to it.

WHEREFORE, Jon M. Philipson respectfully requests entry of an order granting this motion for leave to withdraw as counsel of record in this case, permitting him to withdraw as counsel, being removed from receiving the Court's electronic notification (CM/ECF) and directing the Clerk to serve all future Orders and pleadings on the undersigned counsel for Tampa Bay Times.

Dated: December 13, 2023                Respectfully submitted,

THOMAS & LOCICERO PL

/s/ *Jon M. Philipson*
Carol Jean LoCicero (FBN 603030)
Jon M. Philipson (FBN 92960)
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
jphilipson@tlolawfirm.com
tgilley@tlolawfirm.com

*Attorneys for Times Publishing Company*

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel for The Times Publishing Company certifies that he conferred with opposing counsel, and they do not oppose the relief sought herein.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Jon M. Philipson*
Jon M. Philipson
