UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMES PUBLISHING COMPANY

v.                                    CASE NO. 8:23-mc-00014-WFJ-SPF
                                               8:23-mj-1541-SPF
UNITED STATES OF AMERICA

**UNITED STATES' MOTION TO PARTIALLY UNSEAL
AFFIDAVIT FOR SEARCH WARRANT**

The United States of America moves this court to partially unseal the below-identified Affidavit in Support of Application for Search Warrant (the "PC Affidavit") with proposed narrowly tailored redactions, so that the United States can provide a copy of the redacted PC Affidavit to Timothy Burke. In support, the United States offers as follows:

1.      On May 4, 2023, upon consideration of an application and related PC Affidavit, this Court found probable cause supported the United States' application for a warrant to search the Tampa residence of Timothy Burke for records and evidence relating to violations of 18 U.S.C. § 1030 (intentional unauthorized access of a computer), and 18 U.S.C. § 2511 (intentional interception and disclosure of wire, oral, or electronic communication), and issued the pertinent warrant. Doc. 18-1.[1]

---

[1] The underlying search warrant records were originally filed in the case styled *In the Matter of the Search of Premises Located at [Timothy Burke's Residence in Tampa, Florida]*, No. 8:23-mj-1541-SPF.

2.     On the same day, this Court, in the interests of justice, entered an Order, granting the United States' motion to seal the Application for Search Warrant, Warrant, PC Affidavit, and related motion to seal. *Id.*

3.     FBI agents executed the warrant at the Burke residence on May 8, 2023. Doc. 1. The search team left with multiple electronic devices and hard copy items, which are particularized in the Evidence Collected Item Log, filed with this Court as part of the warrant return. *Id.*

4.     On July 21, 2023, Burke filed a motion to unseal the PC Affidavit and a companion motion seeking, in part, the return of all items and information seized from his residence, and he sought a hearing on his motions. Docs. 25 and 26. Following a response by the United States, Doc. 33, and upon consideration of the underlying case filings, the magistrate judge entered an order on September 22, 2023, denying Burke's motion to unseal the PC Affidavit without prejudice. Doc. 35. The magistrate judge also denied Burke's request for a hearing. Doc. 36.

5.     Burke then filed a Motion for Reconsideration and Objections to Report and Recommendation of Magistrate Judge on Movant's Motion Pursuant to Fed. R. Crim. P. 41(g) ("Motion for Reconsideration"). Docs. 38 and 39. The United States responded in opposition to Burke's Motion for Reconsideration on October 20, 2023. Doc. 40. Thereafter, the District Court entered an Order that construed Burke's Motion for Reconsideration as an objection to the magistrate

judge's Order and denied the motion. Doc. 41. The District Court also denied as moot Burke's related motion for return of property. Doc. 42.

6.      Burke filed a Notice of Appeal of the District Court's Orders on November 1, 2023. Doc. 43. That appeal is pending. *See Timothy Burke v. United States of America*, 23-13649-H.

7.      On February 15, 2024, a federal grand jury sitting in the Middle District of Florida returned a fourteen count indictment against Timothy Burke, charging Burke in Count One with engaging in a conspiracy from in or around February 2022, and continuing through May 2023, in violation of 18 U.S.C. § 371; in Counts Two through Seven with intentionally accessing a protected computer without authorization, in violation of 18 U.S.C. § 1030(a)(2)(C); in Counts Eight through Twelve with intentional interception of a wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(a); and in Counts Thirteen and Fourteen with intentionally disclosing an illegally intercepted wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(c). *See United States v. Timothy Burke*, Case No. 8:24-cr-0068-KKM-TGW (the "Burke Case"). Burke Case, Doc. 1. The indictment also includes forfeiture allegations that identify, among other items, twenty items subject to forfeiture that were seized from Burke's residence on May 8, 2023. *Id*.

8.      Burke was arrested today, February 22, 2024, and his indictment is now unsealed.

9.     Notwithstanding the recent indictment against Burke, the investigation concerning the conduct of Burke and others is still ongoing.

10.     The United States is therefore requesting that this Court partially unseal the PC Affidavit so that the United States can provide a copy to Burke for his review and use in this case and in the Burke Case, with narrowly tailored redactions—an IPv6 address in paragraph 53 and related footnote 8, and a home address of two individuals listed in the same footnote, pursuant to Fed. R. Crim. P. 49.1.

11.     So that this Court can review and consider the United States' proposed tailored redactions, the United States will submit to the District Court *in camera* a copy of the sealed PC Affidavit with the proposed redactions and a copy of the PC Affidavit with the proposed redactions highlighted and reviewable.

12.     As the underlying federal criminal investigation is still ongoing, the United States further requests that the seal otherwise remain in place to protect and safeguard the integrity of the ongoing investigation, the safety and security of law

enforcement personnel, the privacy of unnamed and uncharged subjects of the investigation, and the privacy of third-party fact witnesses and potential victims.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    _/s/ Jay G. Trezevant_____
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 802093
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   (813) 274-6076
Facsimile:    (813) 27-6125
E-mail:       jay.trezevant@usdoj.gov

5

**Times Publishing Company v. U.S.**          **Case No. 8:23-mc-00014-WFJ-SPF**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 22, 2024, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

> Michael Maddux, Esq.
> Mark Rasch, Esq.
> Carol J. Locicero, Esq.

> */s/ Jay G. Trezevant*
> Jay G. Trezevant
> Assistant United States Attorney