Attachment 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMES PUBLISHING COMPANY

v.  CASE NO. 8:23-mc-00014-WFJ-SPF
  8:23-mj-1541-SPF

UNITED STATES OF AMERICA

## ORDER

Before the Court is the *United States' Motion to Partially Unseal Affidavit for Search Warrant* in the instant case. Upon consideration, the Court grants the United States' motion and **ORDERS**:

1. The Affidavit in Support of Application for Search Warrant ("Affidavit in Support") is partially unsealed with redactions and the United States may provide a copy of the Affidavit in Support and its attachments to Timothy Burke for review and use in this case and in *United States v. Timothy Burke*, Case No. 8:24-cr-0068-KKM-TGW (the "Burke Case").

2. **IT IS FURTHER ORDERED** that, should Timothy Burke make any use of the Affidavit in Support and/or its attachments in this case or in the Burke Case, the United States may also use the Affidavit in Support and its attachments in the same case;

3. **IT IS FURTHER ORDERED** that, should any party make use of or refer to the Affidavit in Support and/or its attachments in public filings

or argument in this case or in the Burke Case, that party shall, absent Court permission, redact or otherwise refrain from referring to any individual identified within the document other than a defendant charged in the Burke Case; and

4. **IT IS FURTHER ORDERED** that the Affidavit in Support of Search Warrant and its attachments shall remain otherwise sealed by the Clerk of the Court until further order of the Court.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this _____ day of February 2024.

_____
WILLIAM F. JUNG
United States District Court Judge

Copies to:   Jay G. Trezevant
             Assistant United States Attorney