UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMES PUBLISHING COMPANY

v.  CASE NO. 8:23-mc-00014-WFJ-SPF
    8:23-mj-1541-SPF

UNITED STATES OF AMERICA

## UNITED STATES' MOTION TO UNSEAL AFFIDAVIT FOR SEARCH WARRANT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this court to unseal the Affidavit in Support of Application for Search Warrant (the "PC Affidavit") submitted in support of a warrant to search the Tampa, Florida residence of Timothy Burke (the "Burke address") with proposed narrowly tailored redactions. In support, the United States offers as follows:

1.  On May 4, 2023, upon consideration of an application and PC Affidavit, this Court found probable cause supported the United States' application for a warrant to search the Burke address for records and evidence relating to violations of 18 U.S.C. § 1030 (intentional unauthorized access of a computer), and 18 U.S.C. § 2511 (intentional interception and disclosure of wire, oral, or electronic communication), and issued the pertinent warrant.[1] Doc. 18-1

---

[1] The underlying search warrant records were originally filed in the case styled *In the Matter of the Search of Premises Located at [Timothy Burke's Residence in Tampa, Florida]*, No. 8:23-mj-1541-SPF. On the same day, this Court, in the interests of justice, entered an In Camera Order, granting the United States' motion to seal the (1) Application for Search Warrant, (2) Warrant, (3) PC Affidavit, and (4)

2. The United States initially requested the sealing of the PC Affidavit to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge.

3. On February 15, 2024, a federal grand jury sitting in the Middle District of Florida returned a fourteen-count indictment against Timothy Burke, charging Burke in Count One with engaging in a conspiracy from in or around February 2022, and continuing through May 2023, in violation of 18 U.S.C. § 371; in Counts Two through Seven with intentionally accessing a protected computer without authorization, in violation of 18 U.S.C. § 1030(a)(2)(C); in Counts Eight through Twelve with intentional interception of a wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(a); and in Counts Thirteen and Fourteen with intentionally disclosing an illegally intercepted wire, oral, or electronic communication, in violation of 18 U.S.C. § 2511(1)(c). *See United States v. Timothy Burke*, Case No. 8:24-cr-0068-KKM-TGW (the "Burke Case"). Burke Case, Doc. 1. The indictment also includes forfeiture allegations that identify, among other items, twenty items subject to forfeiture that were seized from Burke's residence on May 8, 2023. *Id.*

4. Thereafter, the United States, on February 22, 2024, filed a motion to partially unseal the PC Affidavit so that the United States could provide a copy to

---

related motion to seal. *Id.* Except for the PC Affidavit, all of the other warrant-related documents have been previously unsealed with minor redactions. Docs.18, 18-1.

Burke for his review and use in the Burke Case, which was granted by this Court. Docs. 53, 54.

5. On April 12, 2024, Marco Gaudino, who resides in Washington, was charged in a one-count information in Case No. 8:24-cr-165-CEH-SPF with engaging in a conspiracy with Burke from in or around February 2022, and continuing through May 2023, in violation of 18 U.S.C. § 371 (the "Gaudino Case"). Gaudino Case, Doc. 1. Gaudino appeared in court on Monday, April 22, 2024, and pleaded guilty for his role in the charged conspiracy. Gaudino Case, Doc. 15.

6. The necessity for the present sealing of the PC Affidavit no longer exists considering recent developments in this case. Notwithstanding, consistent with the relevant charging documents in the Burke Case and the Gaudino Case, certain narrowly tailored redactions to the PC Affidavit are appropriate and should remain to protect personal identifying information, pursuant to Fed. R. Crim. P. 49.1 and other policy considerations, and/or to protect the identity and personal safety of a federal special agent or other law enforcement officer.

7. So that this Court can review and consider the United States' proposed tailored redactions, the United States will submit to the Court *in camera* a copy of the sealed PC Affidavit with the proposed redactions and a copy of the PC Affidavit with the proposed redactions boxed in red ink.

8. Wherefore, the United States requests that this Court enter an Order unsealing the PC Affidavit (with proposed redactions) and directing the clerk to file the PC Affidavit in the public docket.

Dated this 2nd day of May, 2024.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By: _____
     Jay G. Trezevant
     Assistant United States Attorney
     Florida Bar No. 0802093
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602-4798
     Telephone: (813) 274-6000
     Facsimile: (813) 274-6358
     E-mail: jay.trezevant@usdoj.gov