UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMES PUBLISHING COMPANY

v.

CASE NO. 8:23-mc-00014-WFJ-SPF
8:23-mj-1541-SPF

UNITED STATES OF AMERICA

## ORDER

Before the Court is the *United States' Motion to Unseal Affidavit for Search Warrant* in the instant case. Upon consideration, the Court grants the United States' Motion and **ORDERS**:

1. The Affidavit in Support of Application for Search Warrant ("Affidavit in Support") is unsealed (with redactions) and the Clerk is directed to file the document in the public docket.

2. **IT IS FURTHER ORDERED** that the Affidavit in Support of Search Warrant and related search warrant documents, filed in the public docket (with redactions) on May 26, 2023, pursuant to the Order entered in this case, Doc. 18, shall remain filed in their redacted format pending further order of the Court.

**DONE AND ORDERED** in chambers at Tampa, Florida, this 2nd day of May 2024.

SEAN P. FLYNN
United States Magistrate Judge

Copies to:   Jay G. Trezevant
             Assistant United States Attorney